

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00060-CV
_____

IN THE MATTER OF J.T.B.

On Appeal from the 2nd Judicial District Court
Cherokee County, Texas
Trial Court No. J03-088

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

J.T.B., a juvenile, has filed a motion to dismiss his appeal. His attorney states in the motion that "[c]ounsel has conferred with [J.T.B.] and his family who have agreed to this dismissal." We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Jack Carter
Justice

Date Submitted:      September 27, 2010
Date Decided:        September 28, 2010